14 F.3d 49
 Savacool (Joan)
v.
Delaware County Dept. of Mental Health & Mental Retardation
of State of PA., Jenkins (Patricia), Attorney, Soh (Missook,
M.D.), Fitzgerald Division Mercy Health Corp. of SE PA.,
Pinski (Eugene, M.D.), Schecter (Kneil, M.D.), Kamper
(Maureen, R.N.), Lankenau Hospital, Donnelly (John M., M.D.,
P.C.), Havens (Donald), Attorney, Ezell (John, M.S.S.),
Shanfled (Patricia, M.S.S.)
 NO. 93-1536
 United States Court of Appeals,
Third Circuit.
 Nov 29, 1993
 
 Appeal From: E.D.Pa.,
 Yohn, J.
 
 
 1
 AFFIRMED.